BEULAH K. BASSINE, Respondent, v. CHARLES C. BASSINE, Appellant.—

946

Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.